# FILED

01/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0530

## IN THE SUPREME COURT OF THE STATE OF MONTANA

COLBERT'S ELECTRIC, INC., )     Case No. DA 20-0530
)
Plaintiff/Appellee,       )
)     **ORDER GRANTING**
-vs-                      )     **APPELLANT'S MOTION**
LOCALOOP, INC.,           )     **FOR EXTENSION TO FILE**
)     **OPENING BRIEF**
)
Defendant/Appellant.      )
)

Upon consideration of Appellant's UNOPPOSED Motion for Extension of Time to file its Opening Brief, and Good Cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an Extension of Time to and including February 15, 2021, within which to prepare, file, and serve Appellant's Opening Brief on appeal.

**ORDER GRANTING APPELLANT'S MOTION FOR EXTENSION - Page 1**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 13 2021